```
BILL LIETZKE
GENERAL DELIVERY
135 CATOMA STREET
MONTGOMERY, ALABAMA  36104
```

7

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MICHIGAN

BILL LIETZKE,                ) VIOLATION OF FIRST AND FIFTH
                             )   AMENDMENT RIGHTS
        PLAINTIFF,           )
                             )
VS.                          
                             Case: 2:17-cv-12921
CITY OF MONTGOMERY, ET AL,   Judge: Cohn, Avern
KEVIN MURPHY,                MJ: Stafford, Elizabeth A.
                             Filed: 08-28-2017 At 02:26 PM
        DEFENDANTS.          CMP LIETZKE V MONTGOMERY, CITY OF ET AL (AT

1. Jurisdiction founded on the existence of a federal question and amount in controversy.

2. The action arises under the Constitution of the United States, Article III, Section II, as hereinafter more fully appears.

3. The amount in controversy exceeds, exclusive of interests and costs, the sum of $1,000,000,000.00

4. About or around November 25, 2016, through agent City of Montgomery officers, the City of Montgomery, a black female officer and black male officer, detained the Plaintiff with lawful privilege on Madison Avenue in Montgomery and proceeded to demand personal and private information from the Plaintiff as to the Plaintiff's "ID," "social security number," "date of birth," and "name."

5. Thereafter, the City of Montgomery released the Plaintiff on his own recognizance on Madison Avenue and resumed patrol.

6. The City of Montgomery precipitated said actions without probable cause and without lawful privilege therefor, abridging the Plaintiff's right of the people peaceably to assemble under the First Amendment, and abridging the Plaintiff's right to plead the Fifth Amendment under the Constitution of the United States.

8. As a proximate consequence of the Defendants' acts, the Plaintiff suffered (1) Violation of the Plaintiff's civil rights, (2) Plaintiff's mental anguish (3) Intentional infliction of emotional distress.

WHEREFORE, the Plaintiff demands that judgment is entered against the Defendants, and judgment for Compensatory Damages, Actual Damages, and Punitive Damages, in the amount of $1,000,000,000.00

Submitting for filing this date August 21, 2017

_____
General Delivery
135 Catoma Street

BILL LIETZKE
GENERAL DELIVERY
135 CATOMA STREET
MONTGOMERY, ALABAMA 36104

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MICHIGAN

| | |
|---|---|
| BILL LIETZKE, | ) CASE NO. |
| PLAINTIFF, | ) |
| VS. | ) |
| CITY OF MONTGOMERY, ET AL, KEVIN MURPHY, | ) |
| DEFENDANTS. | ) |

PLAINTIFF'S FIRST SET OF INTERROGATORIES

Plaintiff Bill Lietzke demands Defendants City of Montgomery, Et Al Kevin Murphy to answer the following written Interrogatories and Complaint under oath and in accordance with Rule 33 of the Federal Rules of Civil Procedure. Defendants shall file written answers in the United States District Court, District of Michigan within 21 days after the filing of the Interrogatories and Complaint. Failure of Defendants to file written answers to the Interrogatories and Complaint within 21 days after the filing of the case constitutes contempt of court. District of Michigan enters DEFAULT JUDGMENT against Defendants and assesses fines for $100,000,000.00, pursuant to Rule 55 of the Federal Rules of Civil Procedure. District of Michigan imposes prison sentence 10 years in Michigan's minimum security state prison. Interrogatories and Complaint shall be addressed to the Defendants, and all answers shall reflect the cumulative knowledge of the Defendants and any servants, agents, and employess thereof.

The Plaintiff demands the Defendants to produce and identify, specifically and in a form suitable for use in a subpoena, all original documents, original records, and all other written materials containing, setting forth, or in reference to the

information provided in answering the Interrogatories and Complaint. Defendants must produce and identify original documents and records. Computer print outs of lists and data and photocopies of documents and records are unacceptable.

1. What is the organizational structure of the Sates of Alabama Montgomery Police Department for the following years: 2015, 2016, 2017, and 2018? Describe in full detail the State of Alabama Montgomery Police Department's organizational structure for the following: 2015, 2016, 2017, and 2018.

2. State the full legal names, the full legal residences, the races, the sexes, the badge numbers, the position titles, and if applicable the promotions of the City of Montgomery officers who unlawfully detained the Plaintiff on Montgomery public street of Madison Avenue on November 25, 2016.

3. State with degree of specificity the actions that the Plaintiff was alleged to have done that was the basis of the Plaintiff's unlawful detention on Madison Avenue on November 25, 2016.

4. State the full legal names, the full legal residences, the races, the sexes, the telephone numbers including area codes, and the places of employment of ass witnesses complaining of alleged actions of the Plaintiff, prior to the unlawful detention of the Plaintiff on November 25, 2016, and state with a degree of specificity the substance of said complaints.

5. **State** the full legal names, the full legal residences, the races, the sexes, the telephone numbers including area codes, and the places of employment of any witnesses that any Montgomery police officer interviewed pertaining to the alleged actions of the Plaintiff on November 25, 2016, prior to the unlawful detention of the Plaintiff, and state with a degree of specificity the substance of said complaints.

Submitting for filing this date August 21, 2017

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

COUNTY OF RESIDENCE IS MONTGOMERY

(b) County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS

COUNTY OF RESIDENCE IS UNIDENTIFIED

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|   | PTF | DEF |   | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☒ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☒ 320 Assault, Libel & Slander / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education / ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | / ☐ 555 Prison Condition | | | |
| | / ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from Another District *(specify)* ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
TITLE 28, UNITED STATES CODE, SECTION 1983
Brief description of cause:
LIBEL AND SLANDER, CIVIL RIGHTS VIOLATIONS

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ $1,000,000,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE: AUGUST 21, 2017
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

**PRIORITY MAIL**
UNITED STATES POSTAL SERVICE
For Domestic Use Only

TRACKED INSURED

Label 107R, July 2013

SCANNED

new case?

United States District Court
Federal Courthouse
231 W. Lafayette Blvd
Detroit, Michigan 48226

Expected Delivery Day: 08/26/2017
USPS TRACKING NUMBER

U.S. POSTAGE PAID
MONTGOMERY, AL
36104
AUG 24 17
AMOUNT
$7.40
R2305E125574-01

1006

RECEIVED
AUG 28 2017
CLERK'S OFFICE
DETROIT

8/24/17

| | **New Lawsuit Check List** | |
|---|---|---|
| | Instructions: Put a check mark in the box next to each appropriate entry to be sure you have all the required documents. | |
| ☐ | Two (2) completed **Civil Cover Sheets**. | |
| ☐ | Enter the number of defendants named in your lawsuit in the blank below, add 2 and then enter the total in the blank.<br><br>_____ + 2 = _____ **Complaints.**<br>\# of Defendants          Total<br><br>Received by Clerk: _____ Addresses are complete: _____ | CLERK TO AFFIX<br>CASE ASSIGNMENT<br>LABEL HERE |
| ☐ | If any of your defendants are **government agencies**:<br>Provide two (2) extra copies of the **complaint** for the U.S. Attorney and the Attorney General. | |

| **If Paying The Filing Fee** | **If Asking That The Filing Fee Be Waived** |
|---|---|
| ☐ Current new civil action filing fee is attached.<br><br>Fees may be paid by check or money order made out to:<br><br>*Clerk, U.S. District Court*<br><br>Received by Clerk: _____ Receipt #:_____ | ☐ Two (2) completed **Application to Proceed in District Court without Prepaying Fees or Costs** forms.<br><br><br><br>Received by Clerk: _____ |

**Select the Method of Service you will employ to notify your defendants:**

| **Service via Summons by Self** | **Service by U.S. Marshal** (Only available if fee is waived) | **Service via Waiver of Summons** (U.S. Government cannot be a defendant) |
|---|---|---|
| ☐ Two (2) completed **summonses** for each defendant including each defendant's name and address.<br><br><br><br><br><br>Received by Clerk: _____ | ☐ Two (2) completed **USM – 285 Forms** per defendant, if you are requesting the U.S. Marshal conduct service of your complaint.<br><br>☐ Two (2) completed **Request for Service by U.S. Marshal** form.<br><br>Received by Clerk: _____ | ☐ You need not submit any forms regarding the Waiver of Summons to the Clerk.<br><br><u>Once your case has been filed, or the Application to Proceed without Prepaying Fees and Costs has been granted</u>, you will need:<br>• One (1) **Notice of a Lawsuit and Request to Waive Service of a Summons** form per defendant.<br>• Two (2) **Waiver of the Service of Summons** forms per defendant.<br><br>Send these forms along with your filed complaint and a self-addressed stamped envelope to each of your defendants. |

| **Clerk's Office Use Only** |
|---|
| Note any deficiencies here:<br><br>*1 summons for defendants*<br><br>*no copies*                                              *ACT*                   Rev. 4/13 |